# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| ALZHEIMER'S INSTITUTE OF AMERICA INC., ) ) ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 03-2645-CM |
| MAYO CLINIC JACKSONVILLE INC., et al., ) ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court on plaintiff's unopposed Motion to Transfer (Doc. 36).

Having considered plaintiff's unopposed Motion to Transfer Venue to the Middle District of Florida, Tampa Division, and being fully appraised of its premise, the court hereby grants plaintiff's Motion.

**IT IS THEREFORE ORDERED** that, pursuant to 28 U.S.C. § 1404(a), the above-captioned case is hereby transferred to the Middle District of Florida, Tampa Division.

**IT IS FURTHER ORDERED** that defendants' Motion to Stay or in the Alternative to Dismiss for Lack of Personal Jurisdiction (Doc. 33) is denied as moot.

Dated this 1st day of June 2005, at Kansas City, Kansas.

                                                 **s/ Carlos Murguia**
                                                 **CARLOS MURGUIA**
                                                 **United States District Judge**